# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Clarence Maddox**
Court Administrator • Clerk of Court

301 North Miami Avenue
Miami, Florida 33128-7788
(305) 523-5100

June 25, 2007

Aaron Carter Bates, Esq.
200 S Orange Avenue, Suite 2800
Orlando, FL   32801

Dear Counsel:

     As you know, your name appears on the service list of a document filed with this Court in Case #07-60876-CIV-Cohn.  Our records, however, indicate that you are nota  member of the Southern District of Florida Bar.  Pursuant to Local Rule 4(B) of the *Special Rules Governing the Admission and Practice of Attorneys*, only members of the Bar of this District may appear as attorneys in this Court except when a limited appearance is permitted by this Court.  If you believe our records to be incorrect, please file any documentation you have which would help me in correcting this matter.

     In order to file documents and appear in this Court, any attorney who is a member in good standing of the bar of any United States Court, or of the highest Court of any State or Territory or Insular Possession of the United States, may, upon written application **filed by counsel admitted to practice in this District**, be permitted to appear and participate in a particular case.  A certification that the applicant has studied the local rules shall accompany application together with such appearance fee as may be required by administrative order. If granted, such limited appearance shall not constitute formal admission or authorize the attorney to file documents via CM/ECF.

     The application shall designate a member of the bar of this Court, who maintains an office in this State for the practice of law and who is authorized to file through the Court's electronic filing system, with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, and who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures.  See Section 2B of the CM/ECF Administrative  Procedures.  The application must be accompanied by a written statement consenting to the designation, and the address and telephone number of the named designee. Upon written motion and for good cause shown the Court may waive or modify the requirements of such designation.

     An attorney who has been granted a limited appearance will **not** be permitted to register as a CM/ECF User in this District, but may access the electronic record through the PACER System (*see* Section 7B of the Administrative Procedures on our website

---

*"It is our honor and duty to provide the support necessary to enable the Court as an institution to fulfill its constitutional, statutory, and societal responsibilities for all who seek justice."*

Bar Letter
Page 2

[www.flsd.uscourts.gov]).  **With the exception of the original motion for limited appearance, attorneys so admitted will be required to electronically file all documents through their local counsel.**  A motion for limited appearance must be filed in the conventional manner along with the applicable filing fee by counsel admitted to practice in this District.  Although attorneys granted a limited appearance will not be permitted to **file** electronically, they will be able to electronically **receive** Notices of Electronic Filing.  Such requests should be included in motions for limited appearance and in the accompanying proposed order.  E-mail addresses must be provided in both the motion and proposed order in order to receive electronic notices.

Administrative Order 96-61 provides that an admissions fee of $75.00 is to be paid by every attorney seeking admission to our Local Bar as well as those attorneys petitioning the Court to appear and participate in a particular case under Rule 4(B).  The fee should be paid by check made payable to "U.S. Courts" and accompanied by your motion and certification.

Please note that lawyers who are not members of the bar of this Court shall not be permitted to engage in general practice in this District. For purposes of Local Rule 4(B), more than three appearances within a 365-day period in separate representations before the Courts of this District shall be presumed to be a "general practice." Upon written motion and for good cause shown the Court may waive or modify this prohibition.

A form motion requesting leave for limited appearance can be downloaded from our website at www.flsd.uscourts.gov.   If you have any questions, you may contact Attorney Admissions at (305) 523-5265.

        Sincerely,

        CLARENCE MADDOX
        Court Administrator • Clerk of Court

        by:  s/Catherine Wade
           Catherine Wade, Attorney Admissions

c:  United States District Judge Cohn
   File

---

*"It is our honor and duty to provide the support necessary to enable the Court as an institution to fulfill its constitutional, statutory, and societal responsibilities for all who seek justice."*