UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Ft. Lauderdale Division

Case No. 07-60876-CIV-COHN/SNOW

MIRABILIS VENTURES, INC.;
ALLSTAFF PERSONNEL
MANAGEMENT INC; and
ALLSTAFF MANAGEMENT, INC.,

    Plaintiffs

JEFFREY REICHEL,

    Defendants.
_____/

## UNOPPOSED REQUEST FOR REMAND BY DEFENDANT JEFFREY REICHEL AND INCORPORATED MEMORANDUM OF LAW

Defendant Jeffrey Reichel (hereinafter, "Reichel") files this Unopposed Request for Removal, and as grounds therefore states as follows.

On June 22, 2007, Defendant Reichel filed a Notice of Removal with this Court seeking to remove an action commenced by Plaintiffs in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, bearing Case No. 07-11827(02) (hereinafter the "State Court Action").

Title 28, United States Code, Section 1332(a) provides for removal of controversies between citizens of different States where the amount is controversy exceeds the sum or value of $75,000, exclusive of interest and costs. In this instance, the amount in controversy clearly exceeds the jurisdictional threshold and diversity exists between Plaintiff Mirabilis Ventures and Defendant Jeffrey Reichel. A further review of the matter, however, reveals that Plaintiffs Allstaff Management, Inc. and Allstaff Personnel and Management, Inc. are Georgia

1

corporations, which is the same state of residence of Defendant Reichel. As a result, complete diversity between the parties does not exist and this matter should be remanded to state court. *See Darden v. Ford Consumer Finance Co.,* 200 F.3d 753 (11th Cir. 2000).

Counsel for Reichel has conferred with Aaron Bates, counsel for Plaintiffs, who does not oppose this motion.

WHEREFORE, Defendant Jeffrey Reichel respecfully requests this Court to remand this matter to the state court in and for Broward County, Florida. A proposed order accompanies this motion.

                                Respectfully submitted,

                                **HIGER LICHTER GIVNER, LLP**
                                *Attorneys for Defendant Jeffrey Reichel*
                                2999 N.E. 191ST Street, Suite 700
                                Miami, Florida 33180
                                Telephone: 305-933-9970
                                Facsimile: 305-371-0002

Dated: June 26, 2007                  By: /s_____
                                              David H. Lichter
                                              Florida Bar No. 0359122
                                              Email: Dlichter@HLGlawyers.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of Defendant Jeffrey Reichel's Notice of Removal was served by facsimile and U.S. Mail on this 26th day of June, 2007 to:

Aaron C. Bates, Esquire
*Attorney for Plaintiffs*
200 South Orange Avenue, Suite 2800
Orlando, Florida 32801
Telephone: 407-517-7779
Facsimile: 407-454-5102
abates@mirabilisventures.com

/s
David H. Lichter

Higer Lichter & Givner
ATTORNEYS AT LAW